

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00337-CR

**EX PARTE** Jennifer **RODRIGUEZ,**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Leave to File First Amended Brief is hereby GRANTED.

It is so **ORDERED** on January 10, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court